FILED
CLERK, U.S. DISTRICT COURT

MAR 1 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BIVIANA OLIVIA GUZMAN,<br><br>Defendant. | Case No. 2:22-CR-00193-GW-1<br><br>ORDER OF DETENTION AFTER HEARING<br><br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his/her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), hereby finds the following:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of

1

1  any other person or the community if released under 18 U.S.C. § 3142(b) or

2  (c).

3      These findings are based on the instant allegations of repeated drug use and

4  absconding from supervision, defendant's criminal history, and unwillingness to

5  cooperate with drug treatment.

6      IT THEREFORE IS ORDERED that the defendant be detained pending the final

7  revocation proceedings.

8

9  Dated:   3/13/2023             /s/ Autumn D. Spaeth

10                            HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge